UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITANIE HALLMON,<br><br>    Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY HUMAN RESOURCE DEPT., et al.,<br><br>    Defendants. | Case No. 19-cv-05289-DMR<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 2 |

Pro se plaintiff Britanie Hallmon filed a complaint and an application to proceed *in forma pauperis* ("IFP"). [Docket No. 1 ("Compl.").] She alleges claims for employment discrimination under Title VII of the Civil Rights Act of 1964 against Defendant Stanislaus County[1] and various individuals who appear to be employed by Stanislaus County.

This case was filed in the Northern District of California. The United States Code provides rules to determine venue, which is the specific geographic location in which a lawsuit may be filed. A civil action may be filed in:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
>
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or
>
> (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b).

---

[1] The named defendant is Stanislaus County Human Resources Department, but the court infers from the complaint that Ms. Hallmon was employed by Stanislaus County.

Ms. Hallmon's complaint alleges that she was employed by Stanislaus County. Compl. at 1-2. She claims that the County discriminated against her based on her race by failing to provide necessary training and terminating her employment. *Id.* at 1-2. Based on these allegations, it appears that all defendants in this case reside in Stanislaus County and all the events underlying the allegations in the complaint occurred in Stanislaus County. Stanislaus County is within the Eastern District of California. Under the venue rules quoted above, it appears that this case should have been filed in the Eastern District, not the Northern District.

Ms. Hallmon is ordered to show cause as to why this case should not be transferred to the Eastern District. By November 12, 2019, she shall file a statement in writing explaining why this case is properly filed in the Northern District or consenting to transfer the case to the Eastern District.

**IT IS SO ORDERED.**

Dated: October 25, 2019

_____
DONNA M. RYU
United States Magistrate Judge